UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-00102-JLS-KS                                                   Date: January 18, 2024
Title:  Akrura Pte. Ltd. v. Apero Technologies Group, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE**

    On January 4, 2024, the Court ordered Plaintiff to show cause why the Court should not dismiss Defendant Apero Technologies Group from this action due to lack of prosecution.  (Order at 4, Doc. 40.)  The Court specified that the Order to Show Cause could be discharged through the filing of Apero's Answer to the Complaint, a request for entry of default against Apero, or a notice of voluntary dismissal as to Apero.  (*Id.*)  On January 12, 2024, Plaintiff submitted a response indicating that Plaintiff and Apero have reached a settlement.  (Response to OSC at 3, Doc. 41.)  That same day, Plaintiff filed a Notice of Settlement as to Defendant Apero.  (Notice, Doc. 42.)  Plaintiff and Defendant Apero request 30 more days to fulfill all the obligations under their settlement agreement before dismissing Defendant Apero from the Action.  (Response to OSC at 3.)

    Based on those representations, the deadline to discharge the Order to Show Cause is extended to **February 12, 2024.**  On or before that date, Plaintiff must file a notice of dismissal as to Defendant Apero.  If no notice of dismissal is filed, the Court will dismiss Defendant Apero from the action.  Once Defendant Apero is dismissed, Plaintiff may renew its motion for default judgment as to the remaining defaulting Defendants.

                                                                                    Initials of Deputy Clerk: gga