UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:23-cv-00102-JLS-KS | Date: June 25, 2024 |
| Title: Akrura Pte. Ltd. v. Apero Technologies Group, et al. | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TAKING MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION (Doc. 56)**

     Before the Court is Plaintiff's Motion for Default Judgment, currently set for hearing on June 28, 2024, at 10:30 a.m.  (Mot., Doc. 56.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for June 28, 2024, at 10:30 a.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

                                                          Initials of Deputy Clerk: cr