JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AKRURA PTE. LTD, a Singapore company,

            Plaintiff,

   v.

BEGAMOB GLOBAL and TRUSTED TOOLS & UTILITIES APPS,

            Defendants.

Case No.: 2:23-cv-00102-JLS (KSx)

**JUDGMENT**

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment (Dkt. No. 59) ("Order"), IT IS HEREBY ADJUDGED AND DECREED:

1.    Judgment is entered in favor of plaintiff Akrura PTE. LTD ("Plaintiff") and against defendants Begamob Global and Trusted Tools & Utilities Apps (together, "Defendants").

2.    Defendants and all of their agents and representatives, and any other persons and entities acting on Defendants' behalf or with them, are permanently enjoined and restrained from:

(i) using mobile applications, images, language or interface layouts, which are substantially similar to the Plaintiff's Blood Pressure mobile application ("Blood Pressure App") or its images, language and interface layout;

(ii) committing any acts intended to cause consumers to believe that Defendants' mobile applications are offered for download or sold under Plaintiff's control, authorization, or approval; and

(iii) creating, providing, or offering for download or sale any mobile applications substantially similar to the Blood Pressure App.

3.    Defendants shall, within ten (10) business days after receipt of the Final Judgment, remove all of its infringing mobile applications and other infringing content from any online platform.

4.    Should Defendants' infringing mobile applications remain active on any online platforms of third-party providers after ten (10) business days following Defendants' receipt of this Final Judgment, and upon Plaintiff's request to such third-party providers, those third-party providers shall, within ten (10) business days after receipt of this Order, remove Defendants' infringing mobile applications.

DATED:  August 16, 2024

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2